# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Acsential Technologies, Inc. ) ASBCA No. 61827
)
Under Contract No. W91247-17-C-0029 )

APPEARANCES FOR THE APPELLANT: Isaias "Cy" Alba IV, Esq.
Matthew E. Feinberg, Esq.
Julia Di Vito, Esq.
PilieroMazza PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Jeremy D. Burkhart, JA
MAJ Wayne T. Branom III, JA
Trial Attorneys

## ORDER OF DISMISSAL

Appellant moves for dismissal of this appeal with prejudice and the government consents thereto. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 14, 2019

_____
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61827, Appeal of Acsential Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals